# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Phoenix Rising Management, LLC

              Plaintiff,

v.                   Case No.: 1:21−cv−05642
                    Honorable Steven C. Seeger

Philadelphia Indemnity Insurance Company

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2022:

   MINUTE entry before the Honorable Beth W. Jantz: Settlement conference held on 5/3/2022. Parties reached a binding settlement agreement. The parties memorialized the settlement terms on the record on 5/4/22. Defendant to provide a draft settlement agreement to Plaintiff by 5/16/2022; Plaintiff to respond by 5/23/22. Telephonic status hearing set on 6/3/2022 at 10:00 a.m. To join the telephone status hearing, dial 888−273−3658 and enter access code 2217918. The status hearing will be cancelled, and no one need call in, if a stipulation to dismiss is filed prior to the hearing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.