**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PHOENIX RISING MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-05642 |
| v. | ) ) ) | Honorable Steven C. Seeger Honorable Beth W. Jantz |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## **STIPULATION FOR DISMISSAL**

Now come the parties by their respective attorneys and stipulate and agree to the dismissal of the above-captioned cause of action, with prejudice, with each party to bear its own fees and costs, pursuant to a fully executed settlement agreement dated June 22, 2022.

PHOENIX RISING MANAGEMENT, LLC, Plaintiff

By: /s/ Peter G. Syregelas
    LINDSAY, PICKETT & POSTEL, LLC
    Its Attorneys

PHILADELPHIA INDEMNITY INSURANCE COMPANY, Defendant

By: /s John C. De Koker III
    COPE EHLERS
    Its Attorneys