## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Phoenix Rising Management, LLC

                      Plaintiff,

v.                                                             Case No.: 1:21−cv−05642

                                                                  Honorable Steven C. Seeger

Philadelphia Indemnity Insurance Company

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 24, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: In light of minute entry [30], all matters relating to the referral being completed, the referral is closed and Magistrate Judge Beth W. Jantz is no longer on the case. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.